# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155428-9(74)

KATIE BARKER, Personal Representative
of the Estate of PERRY PACE,
            Plaintiff-Appellee,

v

HURLEY MEDICAL CENTER, DR. JOHN DOE,
DENIKA LLOYD, NURSE 1 JANE DOE,
NURSE 2 JANE DOE, and NURSE 3 JANE DOE,
            Defendants,
and

DR. PATRICK HAWLEY,
            Defendant-Appellant.
_____

SC: 155428
COA: 328584
Genesee CC: 13-100524-NH

KATIE BARKER, Personal Representative
of the Estate of PERRY PACE,
            Plaintiff-Appellee,

v

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN, d/b/a
UNIVERSITY OF MICHIGAN HEALTH
CENTER, d/b/a UNIVERSITY OF MICHIGAN
HOSPITAL,
            Defendant-Appellant.
_____/

SC: 155429
COA: 328997
Ct of Claims: 13-000072-MH

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 8, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2017



Clerk